# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

BARBARA LEE, et al.
             Plaintiffs-Appellees,

v.

DONALD J. TRUMP, et al.,
             Defendants-Appellants.

No. 26-7052

## STATEMENT OF THE ISSUE

Pursuant to this Court's order of April 23, 2026, the United States of America as appellant intends to raise the following issue in these consolidated appeals: Whether the district court erred when it struck the United States' Westfall Act certification.

Respectfully submitted,

MARK R. FREEMAN
BRAD HINSHELWOOD
 _s/ Laura E. Myron_____
LAURA E. MYRON
*Attorneys, Appellate Staff*
*Civil Division, Room 7228*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 305-1754*
*laura.e.myron@usdoj.gov*

MAY 2026