# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 26-7154**                    **September Term, 2025**

**1:21-cv-00400-APM**

**Filed On: July 30, 2026** [2185774]

Barbara J. Lee, et al.,

       Appellants

    v.

Donald J. Trump, solely in his personal
capacity, et al.,

       Appellees

-----------------------------

Consolidated with 26-7049

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated as cross-appeals.

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

    BY:    /s/
          Laura M. Morgan
          Deputy Clerk