# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 26-7049**                    **September Term, 2025**

**1:21-cv-00400-APM**

**Filed On: August 6, 2026** [2187004]

Barbara J. Lee, et al.,

        Appellees

    v.

Donald J. Trump, solely in his personal capacity,

        Appellant

Proud Boys International, L.L.C., et al.,

        Appellees

-----------------------------

Consolidated with 26-7052, 26-7123, 26-7154

**O R D E R**

It is **ORDERED**, on the court's own motion, that the briefing schedule entered on July 16, 2026, be suspended pending further order of the court.

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

    BY:   /s/
           Louis Karl Fisher
           Deputy Clerk