# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-7049**                                          **September Term, 2025**

**1:21-cv-00400-APM**

**Filed On:** August 7, 2026

Barbara J. Lee, et al.,

      Appellees

    v.

Donald J. Trump, solely in his personal
capacity,

      Appellant

Proud Boys International, L.L.C., et al.,

      Appellees

------------------------------

Consolidated with 26-7052, 26-7123, 26-7154

**BEFORE:** Millett, Wilkins, and Katsas, Circuit Judges

### O R D E R

Upon consideration of the unopposed motion to extend time to file brief, the unopposed motion to exceed word limits in brief, and the joint motion concerning appendix deferral, it is

**ORDERED** that the following revised briefing schedule and format will now apply in these consolidated cases:

| | |
|---|---|
| President Trump's Brief (not to exceed 16,000 words) | September 1, 2026 |
| United States's Brief (not to exceed 13,000 words) | September 1, 2026 |
| Appellees' & Cross-Appellants' Joint Brief (not to exceed 15,300 words) | October 16, 2026 |

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

## No. 26-7049                              September Term, 2025

| | |
|---|---|
| President Trump's Reply & Cross-Appellee Brief (not to exceed 13,000 words) | October 30, 2026 |
| United States's Reply Brief, if any (not to exceed 6,500 words) | October 30, 2026 |
| Cross-Appellants' Joint Reply Brief (not to exceed 6,500 words) | November 13, 2026 |
| Deferred Appendix | November 20, 2026 |
| Final Briefs | December 4, 2026 |

The Clerk is directed to schedule this case for oral argument on the first appropriate date in January 2027.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
        Selena R. Gancasz
        Deputy Clerk